# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138128

THOMAS SCHAFER,
          Plaintiff-Appellant,

v

                                     SC: 138128
                                     COA: 286744
                                     Oakland CC: 99-621877-DO

PONG SCHAFER,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      MARKMAN, J., would remand this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2009                                         _____

s0520                                               Clerk